IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **BRANDON GOBER, #1942989** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:19cv153 |
| | § | |
| **JUDGE CHRISTI KENNEDY** | § | |

## ORDER

Plaintiff Brandon Gober, an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report (Docket No. 6) recommending that the lawsuit be dismissed for want of prosecution and failure to obey the Magistrate Judge's order to pay an initial partial filing fee. Plaintiff received a copy of the Report and Recommendation, but he has neither objected to the report nor complied with the underlying order.

Having filed no objections, Plaintiff is not entitled to *de novo* review by the District Judge of those findings, conclusions and recommendations, and except upon grounds of plain error, he is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. 28 U.S.C. § 636(b)(1)(C); *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

Accordingly, the Court agrees with the Magistrate Judge and **ADOPTS** those findings and conclusions as its own. It is therefore

**ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and failure to obey an order of the Court.

**So ORDERED and SIGNED this 18th day of July, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE